**KAZEROUNI LAW GROUP, APC**
Abbas Kazerounian, Esq. (SBN: 249203)
ak@kazlg.com
Matthew M. Loker, Esq. (SBN: 279939)
ml@kazlg.com
245 Fischer Avenue, Unit D1
Costa Mesa, CA 92626
Telephone: (800) 400-6808
Facsimile: (800) 520-5523

**HYDE & SWIGART**
Joshua B. Swigart, Esq. (SBN: 225557)
josh@westcoastlitigation.com
2221 Camino Del Rio South, Suite 101
San Diego, CA 92108
Telephone: (619) 233-7770
Facsimile: (619) 297-1022

*Attorneys for Plaintiff,*
Jessica Tiffin

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JESSICA TIFFIN,<br><br>Plaintiff,<br><br>v.<br><br>CREDIT SMART, LLC; AND, P&L ACQUISITIONS LLC,<br><br>Defendants. | **Case No.:** SACV 14-1484 AG (DFMx)<br><br>**PROOF OF SERVICE OF SUMMONS** |

///
///
///
///
///

**PROOF OF SERVICE OF SUMMONS**

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address)*: <br> MATTHEW M. LOKER, ESQ. | SBN: 279939 <br> KAZEROUNI LAW GROUP, APC <br> 245 FISCHER AVE UNIT D1  COSTA MESA, CA 92626 <br> TELEPHONE NO.: | FAX NO. | E-MAIL ADDRESS *(Optional)*: <br> ATTORNEY FOR *(Name)*: PLAINTIFF: | FOR COURT USE ONLY |
|---|---|

| UNITED STATES DISTRICT COURT |
|---|
| STREET ADDRESS: 312 N SPRING ST |
| MAILING ADDRESS: |
| CITY AND ZIP CODE: LOS ANGELES, CA 90012 |
| BRANCH NAME: CENTRAL DISTRICT-WESTERN DIVISION |

| PLAINTIFF: JESSICA TIFFIN | Hearing Date: | Room: |
| DEFENDANT: CREDIT SMART, LLC, et al. | Hearing Time: | Dept. |
|---|---|---|
| | CASE NUMBER: <br> SACV14-01484 AG (DFMX) | |
| **PROOF OF SERVICE** | Ref. No. or File No.: | |

AT THE TIME OF SERVICE I WAS AT LEAST 18 YEARS OF AGE AND NOT A PARTY TO THIS ACTION
**I SERVED COPIES** OF THE FOLLOWING DOCUMENTS:

**SUMMONS; COMPLAINT; CIVIL COVER SHEET; NOTICE OF INTERESTED PARTIES**

PARTY SERVED: **CREDIT SMART, LLC**

PERSON SERVED: **CSC LAWYERS INC.-AGENT FOR SERVICE - BY SERVING BECKY DEGEORGE**

DATE & TIME OF DELIVERY: **9/17/2014**
**3:15 PM**

ADDRESS, CITY, AND STATE: **2710 GATEWAY OAKS DRIVE, # 150N**
**SACRAMENTO, CA 95833**

MANNER OF SERVICE:
Personal Service - By personally delivering copies.

Fee for Service:
County: SACRAMENTO
Registration No.: 2013-45
CLOCKWORKSERVICES
19377 VICTORY BLVD
RESEDA, CA 91335
(310) 922-0212

I declare under penalty of perjury under the laws of the The State of California that the foregoing information contained in the return of service and statement of service fees is true and correct and that this declaration was executed on September 17, 2014.

Signature: _____
TONY LEYVA

**PROOF OF SERVICE**

Order#: 102829/General