JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **JESSICA TIFFIN,** | Case No.: 8:14-CV-01484 AG (DFMx) |
| Plaintiff, | **ORDER RE: PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL** |
| v. | **HON. ANDREW J. GUILFORD** |
| **CREDIT CMART, LLC; AND, P&L ACQUISITIONS LLC,** | |
| Defendants. | |

    Based upon Plaintiff's Voluntary Dismissal, and good cause, this Court hereby orders the action to be, and is, dismissed without prejudice.  Each Party shall bear its own attorneys' fees and costs.

**IT IS SO ORDERED.**

Dated: **September 10, 2015**      _____

                                                                                            HON. ANDREW J. GUILFORD
                                                                UNITED STATES DISTRICT COURT JUDGE

---

ORDER                                                                                                       8:**14-CV-01484 AG (DFMx)**

PROOF OF SERVICE